MARCH 8, 1984

No. 83–1213.   BUTCHER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.

MARCH 12, 1984

No. 83–305.   CALIFORNIA *v.* TROMBETTA ET AL.   Ct. App. Cal., 1st App. Dist.   [Certiorari granted, 464 U. S. 1037.]   Writ of certiorari dismissed as to respondents Thomas Nelson Muldoon and James K. Schneider under this Court's Rule 53.